THE STATE OF FLORIDA *ex rel.* J. N. ANDREWS, *Plaintiff* in *Error,* v. CHRISTINE CLOUD AND J. H. CLOUD, INSPECTORS OF ELECTION, AND C. M. BURNS, CLERK OF ELECTION OF THE POLLING PLACE OF PRECINCT NO. 32 OF ESCAMBIA COUNTY, FLORIDA, AND E. D. BEGGS AND JAMES H. JONES, MEMBERS, AND C. J. SEMMES, CHAIRMAN OF THE COUNTY BOARD OF PUBLIC INSTRUCTION OF ESCAMBIA COUNTY, FLORIDA, *Defendants in Error.*

Division B.

Decision Filed October 14, 1924.

A Writ of Error to a judgment of the Court of Record for Escambia County, C. Moreno Jones, Judge.

*Philip D. Beall, John M. Coe* and *Forsyth Caro,* for Plaintiff in Error.

*Carter & Yonge,* for Defendants in Error.

*Watson & Pasco,* as amici curiæ.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Court of Record be, and the same is hereby affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.